# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

UNITED STATES OF AMERICA
v.
**CARL WILLIAM STUBER, IV**

**JUDGMENT IN A CRIMINAL CASE**

Case Number: **CR 19-81-1**

USM Number: **45370-013**

**Christopher Clausen**
Defendant's Attorney

☐ **Revocation** of Probation
■ **Revocation** of Supervised Release
☐ **Modification** of Supervision Conditions

☐ **AMENDED REVOCATION JUDGMENT**
Date of Most Recent Judgment:

## THE DEFENDANT:

■ admitted guilt to violation(s) **1, 2a-c, 3, 4b-c, 5, 6** of the term of supervision.

☐ was found in violation of __________ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| **1, 2a-c** | **Failure to Participate in Substance Abuse Testing/Treatment** | **07/03/2026** |
| **3** | **Failure to Maintain Employment** | **06/30/2026** |
| **4b-c** | **New Law Violation** | **07/19/2026** |
| **5** | **Possession of Dangerous Weapon** | **07/19/2026** |
| **6** | **Failure to Notify of Law Enforcement Contact** | **11/19/2026** |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of __________ and is discharged as to such violation(s).
■ The Court did not make a finding regarding violation(s) **4a, 4d**

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

**C.J. Williams, Chief Judge**
**United States District Court**
Name and Title of Judge

Signature of Judge

**November 20, 2026**
Date of Imposition of Judgment

November 20, 2026
Date

DEFENDANT: **CARL WILLIAM STUBER, IV**
CASE NUMBER: **CR 19-81-1**

## PROBATION

☐ The defendant's supervision is continued with the addition of special condition number(s):

## IMPRISONMENT

☐ No imprisonment is ordered as part of this modification.

■ The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **22 months.**

■ The court makes the following recommendations to the Federal Bureau of Prisons:
**It is recommended that the defendant be designated to a Bureau of Prisons facility in close proximity to the defendant's family whom reside in Georgia which is commensurate with the defendant's security and custody classification needs. It is also recommended that the defendant not be designated to USP Florence.**

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

- ☐ at ________________ ☐ a.m. ☐ p.m. on ________________ .
- ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Federal Bureau of Prisons:

- ☐ before 2 p.m. on ________________ .
- ☐ as notified by the United States Marshal.
- ☐ as notified by the United States Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on ________________ to ________________

at ________________ with a certified copy of this judgment.

________________
UNITED STATES MARSHAL

By ________________
DEPUTY UNITED STATES MARSHAL

DEFENDANT: **CARL WILLIAM STUBER, IV**
CASE NUMBER: **CR 19-81-1**

## SUPERVISED RELEASE

■ Upon release from imprisonment, No Term of Supervised Release is reimposed.